UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICHOLAS D. MILLER** | *CIVIL ACTION NO. 09-5457 <br> * |
| **VERSUS** | *SECTION "K-3" <br> * |
| **CHET MORRISON CONTRACTORS, L.L.C.** | *HONORABLE STANWOOD R. DUVAL, JR. <br> * <br> *MAGISTRATE DANIEL E. KNOWLES III |

******************************************

## FIRST SUPPLEMENTAL EXHIBIT LIST

Defendant, Chet Morrison Contractors, L.L.C., submits the following list of exhibits or other documentary evidence that it intends to introduce into evidence or otherwise use at the trial of this matter:

19. Logs of Steve Price

20. Logs pertaining to the

    CM-15 from September 22, 2008 to September 30, 2008

1

Defendant reserves the right to supplement this Exhibit List as discovery is still ongoing.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

/s/ ROBERT S. REICH
**ROBERT S. REICH, T.A. (#11163)**
**JOHN B. ESNARD III (#25664)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA  70002
Tel:  (504) 830-3999
Fax:  (504) 830-3950
E-mail:  rreich@rapllclaw.com
              jesnard@rapllclaw.com
*Attorneys for Chet Morrison Contractors, L.L.C.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 24th day of August, 2010.

/s/ ROBERT S. REICH